B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California - San Fernando | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fatburger Restaurants of California, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-4382157** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**14402 Ventura Boulevard**<br>**Sherman Oaks, CA**<br>ZIP Code **91423** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**301 Arizona Avenue, Suite #200**<br>**Santa Monica, CA**<br>ZIP Code **90401** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Check one box:    **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fatburger Restaurants of California, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Fatburger Restaurants of Nevada, Inc.** | Case Number:<br>**Filed Concurrently** | Date Filed: |
| District: | Relationship:<br>**Affiliate** | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____<br>    Signature of Attorney for Debtor(s)        (Date)

</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

<table>
<tr><th colspan="2">

**Information Regarding the Debtor - Venue**
(Check any applicable box)

</th></tr>
<tr>
<td>■</td>
<td>Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.</td>
</tr>
<tr>
<td>☐</td>
<td>There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.</td>
</tr>
<tr>
<td>☐</td>
<td>Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.</td>
</tr>
</table>

<table>
<tr><th colspan="2">

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

</th></tr>
<tr>
<td>☐</td>
<td>Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)</td>
</tr>
<tr>
<td>☐</td>
<td>Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and</td>
</tr>
<tr>
<td>☐</td>
<td>Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.</td>
</tr>
<tr>
<td>☐</td>
<td>Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).</td>
</tr>
</table>

B1 (Official Form 1)(1/08)                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Fatburger Restaurants of California, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (If not represented by attorney)

_____
    Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
    Printed Name of Foreign Representative

_____
    Date

| **Signature of Attorney*** |
|---|

X  *(signature)*
    Signature of Attorney for Debtor(s)

    **Ron Bender 143364**
    Printed Name of Attorney for Debtor(s)

    **Levene, Neale, Bender, Rankin & Brill L.L.P.**
    Firm Name

    **10250 Constellation Boulevard
    Suite 1700
    Los Angeles, CA 90067**
    Address

    **(310) 229-1234  Fax: (310) 229-1244**
    Telephone Number

    **April 7, 2009            143364**
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

| **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
    Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
    Address

X _____

_____
    Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

| **Signature of Debtor (Corporation/Partnership)** |
|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *(signature)*  Harold Fox
    Signature of Authorized Individual

    **Harold Fox**
    Printed Name of Authorized Individual

    **Chief Financial Officer**
    Title of Authorized Individual

    **April 7, 2009**
    Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California - San Fernando

In re   **Fatburger Restaurants of California, Inc.**                      Case No.
                                          Debtor(s)                Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **DEBILIO DISTRIBUTORS**<br>**PO BOX 52315**<br>**IRVINE, CA 92619-2315** | **ENRIQUE**<br>**DEBILIO DISTRIBUTORS**<br>**PO BOX 52315**<br>**IRVINE, CA 92619-2315**<br>**(714) 773-9323** | | | **254,241.94** |
| **PURITAN BAKERY**<br>**1624 EAST CARSON STREET**<br>**CARSON, CA 90745** | **PURITAN BAKERY**<br>**1624 EAST CARSON STREET**<br>**CARSON, CA 90745**<br>**(310) 830-5451** | | | **112,219.26** |
| **WESTEC INTERACTIVE**<br>**1089 JORDAN CREEK PARKWAY**<br>**SUITE 116**<br>**WEST DES MOINES, IA 50266-5829** | **WESTEC INTERACTIVE**<br>**1089 JORDAN CREEK PARKWAY**<br>**SUITE 116**<br>**WEST DES MOINES, IA 50266-5829**<br>**(949) 797-4714** | | | **83,936.63** |
| **UNITED AUBURN INDIAN COMMUNITY**<br>**1200 ATHENS AVE.**<br>**LINCOLN, CA 95648** | **UNITED AUBURN INDIAN COMMUNITY**<br>**1200 ATHENS AVE.**<br>**LINCOLN, CA 95648**<br>**(916) 408-7777** | | | **76,410.84** |
| **STATE BOARD OF EQUALIZATION**<br>**P.O. Box 942879**<br>**SACRAMENTO, CA 94279-8041** | **STATE BOARD OF EQUALIZATION**<br>**P.O. Box 942879**<br>**SACRAMENTO, CA 94279-8041**<br>**(800) 400-7115** | | | **70,383.20** |
| **REMM GROUP**<br>**C/O THE REMM GROUP**<br>**505 S. VILLA REAL, SUITE 201**<br>**ANAHEIM, CA 92807** | **REMM GROUP**<br>**C/O THE REMM GROUP**<br>**505 S. VILLA REAL, SUITE 201**<br>**ANAHEIM, CA 92807**<br>**(714) 974-1010** | | | **63,533.00** |
| **MAGUIRE PROPERTIES-PARK PLACE SHOPS,LLC**<br>**BANK OF THE WEST**<br>**PO BOX 60337**<br>**LOS ANGELES, CA 90060-0337** | **BRIAN VAAS**<br>**MAGUIRE PROPERTIES-PARK PLACE SHOPS,LLC**<br>**BANK OF THE WEST**<br>**PO BOX 60337**<br>**LOS ANGELES, CA 90060-0337**<br>**(949) 851-1660** | | | **62,153.28** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Fatburger Restaurants of California, Inc.**                              Case No. _____
                                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| THE IRVINE COMPANY/Trabuco RETAIL CENTER: TRABUCO GROVE DEPT 2566 - S53876 LOS ANGELES, CA 90084-2566 | JOVANA KUNG THE IRVINE COMPANY/Trabuco RETAIL CENTER: TRABUCO GROVE DEPT 2566 - S53876 LOS ANGELES, CA 90084-2566 (949) 720-3117 | | | 57,168.61 |
| DUESENBERG-TOPGANGA LLC LOCKBOX 8343 P.O. BOX 511343 LOS ANGELES, CA 90051-7898 | DUESENBERG-TOPGANGA LLC LOCKBOX 8343 P.O. BOX 511343 LOS ANGELES, CA 90051-7898 (805) 495-1961 | | | 51,737.55 |
| 710 STATE STREET PARTNERS C/O SIMA MANAGEMENT CORP. 1231-B STATE ST. SANTA BARBARA, CA 93101 | 710 STATE STREET PARTNERS C/O SIMA MANAGEMENT CORP. 1231-B STATE ST. SANTA BARBARA, CA 93101 (805) 965-1616 | | | 47,296.39 |
| CAPRI URBAN BALDWIN, LLC FILE 050404 LOS ANGELES, CA 90074-0404 | CAPRI URBAN BALDWIN, LLC FILE 050404 LOS ANGELES, CA 90074-0404 (323) 838-9400 | | | 47,142.00 |
| FRONTIER MUSIC, INC. 4901 MORENA BLVD, STE 701 SAN DIEGO, CA 92117 | FRONTIER MUSIC, INC. 4901 MORENA BLVD, STE 701 SAN DIEGO, CA 92117 | | | 46,626.00 |
| OR ASSOCIATES, LLC 110 TOWN CENTER PARKWAY SANTEE, CA 92071 | OR ASSOCIATES, LLC 110 TOWN CENTER PARKWAY SANTEE, CA 92071 | | | 44,289.62 |
| MORONGO CASINO, RESORT & SPA 49500 SEMINOLE DRIVE CABAZON, CA 92230 | DANETTE PEROTTA-ROMERO MORONGO CASINO, RESORT & SPA 49500 SEMINOLE DRIVE CABAZON, CA 92230 (951) 755-5340, x2342 | | | 29,385.62 |
| HILLCREST LAKES ASSOCIATES, L.P. CHARLES DUNN COMPANY, INC. 800 W. 6TH ST., SUITE 500 LOS ANGELES, CA 90017 | HILLCREST LAKES ASSOCIATES, L.P. CHARLES DUNN COMPANY, INC. 800 W. 6TH ST., SUITE 500 LOS ANGELES, CA 90017 (213) 481-1800 | | | 28,286.71 |

B4 (Official Form 4) (12/07) - Cont.

In re   __Fatburger Restaurants of California, Inc.__                      Case No.  _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| THE IRVINE COMPANY/Fashion Island SUITE 500 WHITTIER SQUARE 13215 EAST PENN ST. WHITTIER, CA 90602 | THE IRVINE COMPANY/Fashion Island SUITE 500 WHITTIER SQUARE 13215 EAST PENN ST. WHITTIER, CA 90602 (949) 720-3301 | | | 27,169.76 |
| PALMDALE MARKETPLACE, LLC 3130 WILSHIRE BOULEVARD, 2ND FLOOR SANTA MONICA, CA 90403 | PALMDALE MARKETPLACE, LLC 3130 WILSHIRE BOULEVARD, 2ND FLOOR SANTA MONICA, CA 90403 (310) 207-8600 | | | 25,735.96 |
| MANHATTAN PLACE INC. C/O NEWMARK MERRILL COMPANIES 5850 CANOGA AVE #650 WOODLAND HILLS, CA 91367 | MANHATTAN PLACE INC. C/O NEWMARK MERRILL COMPANIES 5850 CANOGA AVE #650 WOODLAND HILLS, CA 91367 (818) 710-6100 | | | 24,860.74 |
| RADIANT SYSTEMS P.O. BOX 198755 ATLANTA, GA 30384-8755 | RADIANT SYSTEMS P.O. BOX 198755 ATLANTA, GA 30384-8755 (770) 576-7100 | | | 18,947.68 |
| KOMAR INVESTMENTS, LLC FILE 749174 Los Angeles, CA 90074 | KOMAR INVESTMENTS, LLC FILE 749174 Los Angeles, CA 90074 (949) 718-4847 X1130 | | | 16,928.88 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   __April 7, 2009__                Signature   _____

                                               Harold Fox
                                               Chief Financial Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California - San Fernando

In re    **Fatburger Restaurants of California, Inc.**    Case No._____

                                                     Debtor

Chapter_____ **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fatburger Corporation**<br>**301 Arizona Avenue, Suite 200**<br>**Santa Monica, CA 90401** | | | **100% Shareholder** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**April 7, 2009**_____    Signature_____

                                    **Harold Fox**
                                    **Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is e director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **The following related and/or affiliated entity has filed concurrently a Chapter 11 Voluntary Petition in the Central District of California (San Fernando Valley Division)**

   **Fatburger Restaurants of Nevada, Inc.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **See above**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    _SANTA MONICA_   , California.

Dated    **April 7, 2009**

**Harold Fox**
*Debtor*

*Joint Debtor*

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Ron Bender 143364**

Address    **10250 Constellation Boulevard Suite 1700 Los Angeles, CA 90067**

Telephone  **(310) 229-1234 Fax: (310) 229-1244**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **Fatburger Restaurants of California, Inc.** | Case No.: |
| | Chapter:    **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __32__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  **April 7, 2009**

Harold Fox/Chief Financial Officer
Signer/Title

Date:  **April 7, 2009**

Signature of Attorney
**Ron Bender 143364**
**Levene, Neale, Bender, Rankin & Brill L.L.P.**
**10250 Constellation Boulevard**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234   Fax: (310) 229-1244**

Fatburger Restaurants of California, Inc.
301 Arizona Avenue, Suite #200
Santa Monica, CA 90401


Ron Bender
Levene, Neale, Bender, Rankin & Brill L.L.P.
10250 Constellation Boulevard
Suite 1700
Los Angeles, CA 90067


U.S. Trustee - San Fernando  Valley
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367


#1 AFFORDABLE SERVICES
PMB 224 255 N. CIELO RD., #140
PALM SPRINGS, CA 92262


3 WIRE
23839 BANNING BLVD.
CARSON, CA 90745


3-D SIGNS
23034 LAKE FOREST DR. # C
LAGUNA HILLS, CA 92653


710 STATE STREET PARTNERS
C/O SIMA MANAGEMENT CORP.
1231-B STATE ST.
SANTA BARBARA, CA 93101


A TO Z SERVICE CO
PO BOX 4031
N HOLLYWOOD, CA 91617

A&B Lock & Key
PO BOX 901951
PALMDALE, CA 93550-1951


A-1 AIR VENT
PO BOX 405
LOOMIS, CA 95650


A-1 APPLIANCE REPAIR
720 REDDICK AVE.
SANTA BARBARA, CA 93103


ABEL ALVIDREZ
28301 AVENIDA LA VISTA
CATHEDRAL CITY, CA 92234


ACE LOCK & KEY SERVICE
1427 LINCOLN BLVD.
SANTA MONICA, CA 90401-2792


ADEE PLUMBING & HEATING INC.
5457 CRENSHAW BLVD.
LOS ANGELES, CA 90043


ADT SECURITY SERVICES
P.O. BOX 371490
PITTSBURGH, PA 15250


ADVISORS LLP
11911 SAN VICENTE BLVD.
SUITE 265
LOS ANGELES, CA 90049

AIR SYSTEMS & SERVICES
31055 AVENIDA DEL YERMO
CATHEDRAL CITY, CA 92234

AIRGAS
P.O. BOX 7423
PASADENA, CA 91109-7423

ALL-WAYS STEAM CLEANING
P.O. BOX 90336
LONG BEACH, CA 90809

ALPHA SYSTEMS PROTECTION, INC
P.O. BOX 331027
PACOIMA, CA 91333

AMASON ELECTRIC
2772 NORTON AVE
LYNWOOD, CA 90262

AMERICAN ALARM SYSTEMS
P.O. BOX 10520
SANTA ANA, CA 92711

AMERICAN WASTE INDUSTRIES
P.O. BOX 60009
CITY OF INDUSTRY, CA 91716-0009

AMERIGUARD MAINTENANCE SERVICE, LLC
PO BOX 12486
FRESNO, CA 93778-2486

APEE PLUMBING & HEATING INC.
5457 Crenshaw blvd.
Los Angeles, CA 90043


APPEL COMPANY
7039 VALJEAN AVENUE
VAN NUYS, CA 91406


ATHENS SERVICES WASTE COLLECTION
P.O. BOX 60009
CITY OF INDUSTRY, CA 91716


B WHOLESALE FLOORING
166-A RAMSEY ST.
BANNING, CA 92220


BAKER COMMODITIES
4020 BANDINI BLVD.
LOS ANGELES, CA 90023


BARKERS FOOD MACHINERY SERVICE
5367 SECOND STREET
IRWINDALE, CA 91706


BEACON FIRE & SAFETY
521 W. BRIARDALE
ORANGE, CA 92865


Beaumont Safe & Lock
1659 1/2 E. 6th Street
Beaumont, CA 92223

BENTLEY SEEDS, INC.
16 RAILROAD AVE.
CAMBRIDGE, NY 12816


Bernardi Funding LLC
409 Santa Monica Blvd., Ste. 2A
Santa Monica, CA 90401


BEST SIGNS
1550 S. GENE AUTRY TRAIL
PALM SPRINGS, CA 92264


BETTER BEVERAGES
PO BOX 1399
BELLFLOWER, CA 90707-1399


BIO LINKS TECHNOLOGIES
13681 NEWPORT AVE.
STE 8, #133
TUSTIN, CA 92780-7815


BLUE CROSS OF CALIFORNIA
PO BOX 54630
LOS ANGELES, CA 90054-0630


BOB & MARK
13600 GRAMERCY PL.
GARDENA, CA 90249


BOYCE INDUSTRIES
133 EAST DE LA GUERRA #137
SANTA BARBARA, CA 93101

BRINKS INC.
FILE NO 52005
LOS ANGELES, CA 90074-2005


BUDGET AIR
5515 Orange Crest Ave.
Azusa, Ca 91702


CALIFORNIA WATER SERVICE COMPA
P.O. BOX 940001
SAN JOSE, CA 95194-0001


CAPRI URBAN BALDWIN, LLC
FILE 050404
LOS ANGELES, CA 90074-0404


CARLIN MANUFACTURING INC.
1391 WEST SHAW #D
FRESNO, CA 93711


CASINO CHRONICLE
P.O. BOX 740465
BOYNTON BEACH, FL 33474-0465


CERTUS CLAIMS ADMINISTRATION, LLC
P.O. BOX 3679
VENTURA, CA 93006-3679


CINTAS CORPORATION
16161 RAYMER STREET
VAN NUYS, CA 91406

CINTAS FIRST AID & SAFETY
P.O. BOX 18209
ANAHEIM, CA 92817-8209


CITY OF IRVINE
FINANCE DEPARTMENT
P.O.BOX 19575
IRVINE, CA 92623-9575


CITY OF LOS ANGELES - OFFICE OF FINANCE
OFFICE OF FINANCE
FILE 55604
LOS ANGELES, CA 90074-7065


CITY OF LOS ANGELES ALARM PERMIT
OFFICE OF FINANCE
P.O. BOX 51112
LOS ANGELES, CA 90051-5412


CITY OF NEWPORT BEACH
P.O. BOX 1768
NEWPORT BEACH, CA 92658-8915


CITY OF PALM SPRINGS
BUSINESS LICENSE/FINANCE DEPT
P.O. BOX 2743
PALM SPRINGS, CA 92263-2743


CITY OF PALMDALE
CODE ENFORCEMENT DIVISION
38250 SIERRA HWY
PALMDALE, CA 93550


CITY OF SANTA BARBARA
POLICE DEPARTMENT
P.O. BOX 539
SANTA BARBARA, CA 93102-0539

CITY OF SANTA BARBARA
POST OFFICE BOX 60809
SANTA BARBARA, CA 93160-0809


CITY OF SANTA BARBARA
P.O. BOX 1990
SANTA BARBARA, CA 93102-1990


CITY OF SANTA MONICA
BUSINESS LICENSE OFFICE
P.O. BOX 2200
SANTA MONICA, CA 90407-2200


CITY OF SANTA MONICA RMD
RESOURCE MANAGEMENT DEPARTMENT
3223 DONALD DOUGLAS LOOP SOUTH
SANTA MONICA, CA 90405


CITY OF WEST HOLLYWOOD
8300 SANTA MONICA BLVD.
WEST HOLLYWOOD, CA 90069


CLEAR CHANNEL BROADCASTING,INC.
FILE # 56710  KLAC-AM
LOS ANGELES, CA 90074-6710


Commercial Debit Supplies
94 Main Mill Street
Plattsburgh, NY 12901


COMMLOG
2509 E. DARRELL RD.
PHOENIX, AZ 85042

CONSOLIDATED SVCS. formerly RAPID
P.O. BOX 78010
PHOENIX, AZ 85062-8010


CONTROLLED KEY SYSTEM
17248 RED HILL AVE
IRVINE, CA 92614-5628


CORNERSTONE COMMERCIAL
425 E. ARROW HIGHWAY #376
glendora, CA 91740


CORONA CHAMBER OF COMMERCE
904 EAST 6TH STREET
CORONA, CA 92879


CORONA COOLING
7626 RUDELL RD.
CORONA, CA 92881


CORONA POLICE DEPARTMENT
849 W. SIXTH STREET
CORONA, CA 92882


CORPORATE EXPRESS
P.O. BOX 95615
CHICAGO, IL 60694-5615


CORPORATE SAFE SPECIALISTS
1182 PAYSHERE CIRCLE
CHICAGO, IL 60674

COUNTY OF LA PUBLIC HEALTH PERMIT
PUBLIC HEALTH PERMIT
PO BOX 54978
LOS ANGELES, CA 90054-0978


COUNTY OF SANTA BARBARA
C/O BERNICE JAMES
PO BOX 579
SANTA BARBARA, CA 93102-0579


COVAD COMMUNICATIONS
DEPT 33408
PO BOX 39000
SAN FRANCISCO, CA 94139-3408


DAISY ELLIS
300 SOUTH ARDEN BLVD.
LOS ANGELES, CA 90020


DATAWORKS
4550 S. WINDERMERE ST.
ENGLEWOOD, CO 80110-5541


DAVID B. DEVINE
C/O BOOTH AND ASSOCIATES
1118 E. Route 66
GLENDORA, CA 91740


DC'S HEATING, AIR CONDITIONING & REFRIGE
24872 WELLS FARGO DRIVE
LAGUNA HILLS, CA 92653


DE LAGE LANDEN FINANCIAL SERVICES
REF NO: 251264
P.O. BOX 41601
PHILA, PA 19101-1601

```
DEBILIO DISTRIBUTORS
PO BOX 52315
IRVINE, CA 92619-2315


DESERT EMPIRE PLUMBING & DRAIN
72840 HWY 111 - STE. 407
PALM DESERT, CA 92260


DESERT FIRE EXTINGUISHER CO.
558 E. INDUSTRIAL PL.
PALM SPRINGS, CA 92264


DESERT FOUNTAIN GAS SUPPL
3591 N. INDIAN CANYON DRIVE
PALM SPRINGS, CA 92262


DEVONSHIRE LTD.
c/o ACF PROPERTY MANAGEMENT
12411 VENTURA BLVD.
STUDIO CITY, CA 91604


DOCTOR OF LEAKS
514 Plaza Amigo
Palm Springs, CA 92262


DOWNEY REFRIGERATION CORP
12930 PARAMOUNT BLVD
DOWNEY, CA 90242


DSL EXTREME
P.O. BOX 221050
SALT LAKE CITY, UT 84122
```

DUESENBERG-TOPGANGA LLC
LOCKBOX 8343
P.O. BOX 511343
LOS ANGELES, CA 90051-7898


EC SEWER SERVICE, INC.
P.O.BOX 581029
NORTH PALM SPRINGS, CA 92258


ECOLAB
PO BOX 100512
PASADENA, CA 91189-0512


ECOLAB
P.O. BOX 6007
Grand Forks, ND 58206


EDCO DISTRIBUTING, INC.
3150 SCOTT ST.
VISTA, CA 92081


EIDE ELECTRIC CO.,INC.
5632 VAN NUYS BLVD. # 193
VAN NUYS, CA 91401-4602


EMERGENCY ROOTER & PLUMBING
P.O. BOX 212
VENICE, CA 90294


EXNER PLUMBING, INC.
6826 HAZELTINE AVE
VAN NUYS, CA 91405

EXPRESS TRANSACTION SERVICES
1508 EAST 86TH ST #410
INDIANAPOLIS BEACH, IN 46240


FACILITEC
3851 CLEARVIEW COURT
GURNEE, IL 60031


FAST-TEKS
511 S. FIRST AVE., #333
ARCADIA, CA 91006


FEDERAL EXPRESS
P.O BOX 7221
PASADENA, CA 91109-7321


FILTERCORP
2120 E. WINSTON ROAD
ANAHEIM, CA 92806


FIRE ACE INC.
P.O. BOX 298
LANCASTER, CA 93584


FIRST FIRE SYSTEMS
P.O. BOX 875939
LOS ANGELES, CA 90087


FLUE STEAM INC
5734 BANKFIELD AVE.
CULVER CITY, CA 90230-6302

FLYTECH PEST CONTROL
P.O. BOX 7749
MORENO VALLEY, CA 92552


FOLLETT CORPORATION
BOX # 2806
P.O. BOX 8500
PHILADELPHIA, PA 19178-2806


FRAME 2000
709 LINCOLN BLVD.
VENICE, CA 90291


FRONT LINE SALES INC
P.O. BOX 670
LA VERNE, CA 91750


FRONTIER MUSIC, INC.
4901 MORENA BLVD, STE 701
SAN DIEGO, CA 92117


FUN EXPRESS
P.O. BOX 790403
ST. LOUIS, MO 63179-0403


GE Capital Business Asset Funding
c/o Ethan Minkin, Kutak Rock LLP
8601 North Scottsdale Rd., Ste. 300
Scottsdale, AZ 85253


GE Capital Bussiness Asset Funding
8377 E. Hartford Dr., Suite 200
Scottsdale, AZ 85255

GE Capital Franchise Finance Corp.
17207 North Perimeter Drive
Scottsdale, AZ 85255


GE Capital Franchise Finance Corp.
10900 NE Fourth St., Suite 500
Bellevue, WA 98004


GET ALARMED SECURITY
45450 TOWNE STREET
INDIO, CA


GOLDEN STATE APPLIANCE
15014 STAFF CT.
GARDENA, CA 90248


GRINDMASTER CORP
3149 SOLUTIONS CENTER
CHICAGO, IL 60677


HEINZ DISPENSING CONNECTION
2081 INDUSTRIAL BLVD.
STILLWATER, MN 55082


HEINZ USA
C/O STANTON STATION
307 MCKEAN STREET
PITTSBURGH, PA 15219


HENRI SPECIALTIES CO., INC.
4225 Prado Road #102
Corona, Ca 92880

HERITAGE FOODS
P.O. BOX 54720
LOS ANGELES, CA 90054-0720


HILLCREST LAKES ASSOCIATES, L.P.
CHARLES DUNN COMPANY, INC.
800 W. 6TH ST., SUITE 500
LOS ANGELES, CA 90017


HILLCREST LOCK & SAFE
10397 W. PICO BLVD.
LOS ANGELES, CA 90064


HONEST MECHANICS ADVERTISING, INC.
129 CABRILLO ST., SUITE 100
COSTA MESA, CA 92627


HVAC AIR COMMAND
P.O. BOX 8217
HUNTINGTON BEACH, CA 92615-8217


IMAGE SYSTEMS SIGNS & GRAPHICS
870 CRENSHAW BLVD.
LOS ANGELES, CA 90005


INDUSTRIAL CHEMICALS/SUPPLIES
10575 SAN FERNANDO ROAD
PACOIMA, CA 91331


INDUSTRIAL ELECTRIC
5662 ENGINEER DRIVE
HUNTINGTON BEACH, CA 92649

INFINITY CABLE PRODUCT, INC.
1229 E. WALNUT STREET
CARSON, CA 90746


JMS HEATING & AIR
15117 KESWICK AVE
VAN NUYS, CA 91405


K SIGN, INC.
19025 PARTHENIA ST., SUITE 108
NORTHRIDGE, CA 91324


KENNETH KNAPPS
1474 AZTEC LANE
CORONA, CA 92860


KIRCOM TELECOMMUNICATIONS, INC.
1240 NORTH VAN BUREN STREET
#106
ANAHEIM, CA 92807


KLSX-FM
5670 WILSHIRE BLVD.
LOS ANGELES, CA 90036


KOMAR INVESTMENTS, LLC
FILE 749174
Los Angeles, CA 90074


KRUZ-FM STA. BARBARA
403 EAST MONTECITO ST. 3RD/FLR
SANTA BARBARA, CA 93101

KURT BOHMER PLUMBING
16743 SIERRA HIGHWAY
CANYON COUNTRY, CA 91351


L.A. COUNTY TAX COLLECTOR
PO BOX 54018
LOS ANGELES, CA 90054-0018


LA DEPT OF WATER & POWER
P.O BOX 30808
LOS ANGELES, CA 90030-0808


LAWRENCE ROLL-UP DOORS, INC.
5746 VENICE BLVD.
LOS ANGELES, CA 90019-5016


LOS ANGELES INDEPENDENT
4201 WILSHIRE BLVD.
LOS ANGELES, CA 90010


LOS ANGELES TAX COLLECTOR
P.O. BOX 54027
LOS ANGELES, CA 90054-0027


LYTE SOLUTIONS
2125 W. BORCHARD AVE.
SANTA ANA, CA 92704


MACIAS PLUMBING
P.O. BOX 18557
LONG BEACH, CA 90807

MAGUIRE PROPERTIES-PARK PLACE SHOPS,LLC
BANK OF THE WEST
PO BOX 60337
LOS ANGELES, CA 90060-0337


MAINSTREET JANITORIAL
6735 LAKEWOOD DR.
FRAZIER PARK, CA 93225


MANHATTAN PLACE INC.
C/O NEWMARK MERRILL COMPANIES
5850 CANOGA AVE #650
WOODLAND HILLS, CA 91367


MARC BERNSTEIN
860 MISSION CREEK DR
PALM DESERT, CA 92211


MARTINEZ PUMPING
P.O.  BOX 39144
DOWNEY, CA 90239


McBRIDE ELECTRIC
P.O. BOX 51837
LOS ANGELES, CA 90051-6137


MEINARDO GOMEZ
2303 EAST DESERT PARK
PALM SPRINGS, CA 92262


METRO COMMERCIAL REALTY CORPORATION
227 - 20TH ST., SUITE 100
NEWPORT BEACH, CA 92663

MID CITY FIRE
5734 BANKFIELD AVE.
CULVER CITY, CA 90230


MONTHLY ADVANTAGE
P.O. BOX 3191
VICTORVILLE, CA 92393


MORONGO CASINO, RESORT & SPA
49500 SEMINOLE DRIVE
CABAZON, CA 92230


MORONGO TRIBAL UTILITY
12700 PUMARRA RD.
BANNING, CA 92220


MR. ROOTER PLUMBING
P.O. BOX 7208
VENTURA, CA 93006


MURPHY ELECTRIC MAINTENANCE COMPANY
306 E. COTA ST., SUITE C
SANTA BARBARA, CA 93101


NATIONAL BUSINESS PRODUCTS
277 MALLORY STATION RD.,
SUITE 127
FRANKLIN, TN 37067


NIK-O-LOCK COMPANY
P.O. BOX 2007
INDIANAPOLIS, IN 46206-2007

NORCO CHAMBER OF COMMERCE
2816 HAMMER AVE.
NORCO, CA 92860


NORCO DELIVERY SERVICES
P.O. BOX 4836
Anaheim, CA 92803


NORTHERN SAFETY
P.O. BOX 4250
UTICA, NY 13504-4250


NUCO2  INC.
P.O. BOX 9011
STUART, FL 34995


OFFICEMAX- A BOISE COMPANY
FILE 42256
LOS ANGELES, CA 90074-2256


OMEGA DESIGN
1106 BROADWAY
SANTA MONICA, CA 90401


OR ASSOCIATES, LLC
110 TOWN CENTER PARKWAY
SANTEE, CA 92071


ORKIN EXTERMINATING
PO BOX 1504
ATLANTA, GA 30301-1504

OSCARS GREASE TRAP SERVICE
948 E CARIILO RD.
STA BARBARA, CA 93103


P&D APPLIANCE SERVICE CENTER, INC.
100 SOUTH LINDEN AVENUE
SOUTH SAN FRANCISCO, CA 94080


PACIFIC COAST PARTS DIST.
15024 STAFF COURT
GARDENA, CA 90248


PACIFIC RIM MECHANICAL
1701 EAST EDINGER AVE. STE F-4
SANTA ANA, CA 92705


PALM SPRINGS DISPOSAL SERVICES
4690 E. MESQUITE AVE.
P.O. BOX 2711
PALM SPRINGS, CA 92263-2711


PALMDALE CHAMBER OF COMMERCE
817 EAST AVE Q-9
PALMDALE, CA 93550


PALMDALE MARKETPLACE, LLC
3130 WILSHIRE BOULEVARD,
2ND FLOOR
SANTA MONICA, CA 90403


PALMDALE TROPHY
39450 3rd street east
unit 150
Palmdale, ca 93550-3211

```
PARACORP
P.O. BOX 160568
SACRAMENTO, CA 95816-0568


PRECISION WEST
4231 PACIFIC ST. STE. 3
ROCKLIN, CA 95677


PRO CLEAN INC.
P.O. BOX 18250
PHOENIX, AZ 85005-8250


PROSERV
3042 ENTERPRISE UNIT F
COSTA MESA, CA 92626


PRUDENTIAL OVERALL SUPPLY
P.O. BOX 11210
SANTA ANA, CA 92711


PURITAN BAKERY
1624 EAST CARSON STREET
CARSON, CA 90745


QUIEL BROS.
272 SOUTH I STREET
SAN BERNARDINO, CA 92410


R & S OVERHEAD DOORS OF WEST L.A. INC
3901 W. Jefferson Blvd
Los Angeles, CA 90016
```

RADIANT SYSTEMS
P.O. BOX 198755
ATLANTA, GA 30384-8755


RAPID PLUMBING
P.O. BOX 17664
ANAHEIM, CA 92817-7664


RBS LYNK
600 MORGAN FALLS ROAD
ATLANTA, GA 30350


REFRIGERATION SERVICES
P.O. BOX 28165
ANAHEIM, CA 92809-0138


REMM GROUP
C/O THE REMM GROUP
505 S. VILLA REAL, SUITE 201
ANAHEIM, CA 92807


RIVERSIDE COUNTY
P.O. BOX 12005
RIVERSIDE, CA 92502-2205


RJ CARROLL & SONS, INC.
625 N. SALSIPUEDES ST.
SANTA BARBARA, CA 93103


ROGER REFRIGERATION
6692 SAMBAR
CYPRESS, CA 90630

ROTO- ROOTER PLUMBERS
24971 AVE STANFORD
VALENCIA, CA 91355


ROTO-ROOTER #12
3144 LONG BEACH BLVD
LONG BEACH, CA 90807


ROTO-ROOTER PLUMBERS
P.B. BOX 8056
Goleta, CA 93118


ROTO-ROOTER-HEMET
796 N. STATE ST.
HEMET, CA 92543


S & S Hospitality, Inc.
955 Darrell Street
Costa Mesa, CA 92627


S.B. PAINTING
7069 9TH ST.
BUENA PARK, CA 90621


SACRAMENTO COCA-COLA BOTTLING CO., INC.
PO BOX 160608
SACRAMENTO, CA 95816-0608


SAKAE  JAMES  SUEYOSHI
ATTN: EDWIN SUEYOSHI
7515 WEST NORTON AVE.
WEST HOLLYWOOD, CA 90046

SANTA BARBARA POLICE DEPT- FALSE ALARMS
P.O. BOX 539
SANTA BARBARA, CA 93102


SANTA MONICA UTILITIES DIVISION
P.O. BOX 30210
LOS ANGELES, CA 90030-0210


SBC
PAYMENT CENTER
SACRAMENTO, CA 95887-0001


SCS EXHAUST
15885-150 MAIN ST., #234
HESPERIA, CA


SHOES FOR CREWS, INC.
1400 CENTREPARK BLVD.
SUITE 310
WEST PALM BEACH, FL 33401-7403


SIDS AIR CONDITIONING, INC.
5654 WEST PICO BLVD.
LOS ANGELES, CA 90019


SIGNATURE PARTY RENTALS
2211 S. SUSAN ST.
SANTA ANA, CA 92704


SILK SCREEN SHIRTS
240 PAUMA PLACE
ESCONDIDO, CA 92029-1701

SIMON ROOFING
P.O. BOX 951109
CLEVELAND, OHIO 44193-0000


SMC GREASE SPECIALIST
PO BOX 1343
CORONA, CA 92878


SOUTHERN CA GAS COMPANY
THE GAS COMPANY
P.O. BOX C
MONTEREY PARK, CA 91756


SOUTHERN CALIFORNIA EDISON
P O BOX 600
ROSEMEAD, CA 91771-0001


SPECIALTY LIGHTING & RECYCLING, INC.
P.O. BOX 643
FRANKFORT, IL 60423


STARS & STRIPES PEST CONTROL
39329 NICOLE DRIVE
PALMDALE, CA 93551


STATE BOARD OF EQUALIZATION
P.O. Box 942879
SACRAMENTO, CA 94279-8041


STERLING PACIFIC MEAT CO., INC.
6114 SCOTT WAY
COMMERCE, CA 90040

SUPERIOR ANHAUSNER FOODS
6701 WILSON AVE.
LOS ANGELES, CA 90001


SUPERIOR PRESS
11930 HAMDEN PLACE
SANTA FE SPRINGS, CA 90670


SWISHER
P.O. BOX 473526
CHARLOTTE, NC 28247-3526


SYSCO
7062 PACIFIC AVE.
PLEASANT GROVE, Ca 95668


TALX CORPORATION
135 SOUTH LASALLE
DEPT. 3065
CHICAGO, IL 60674-3065


THE AMERICAN CANCER SOCIETY
1940 E. DEERE AVE., #100
SANTA ANA, CA 92705


THE GREASE COMPANY
4020 BANDINI BLVD
LOS ANGELES, CA 90023


THE HOWARD COMPANY, INC.
PO BOX 78228
MILWAUKEE, WI 53278-0228

THE IRVINE COMPANY/Fashion Island
SUITE 500 WHITTIER SQUARE
13215 EAST PENN ST.
WHITTIER, CA 90602


THE IRVINE COMPANY/Trabuco
RETAIL CENTER: TRABUCO GROVE
DEPT 2566 - S53876
LOS ANGELES, CA 90084-2566


THE RECOGNITION COMPANY
4373 WEST 96TH ST.
INDIANAPOLIS, IN 46268


THE WASSERSTROM COMPANY
477 S. FRONT STREET
COLUMBUS, OH 43215


TOASTER CONNECTION
5 SOUTH LEWIS STREET
METTER, GEORGIA 30439-0000


UMI
6220 CAMPBELL RD., SUITE 304
DALLAS, TX 75248


UNITED AUBURN INDIAN COMMUNITY
1200 ATHENS AVE.
LINCOLN, CA 95648


UNITED DEBIT SUPPLIES
305 MADISON AVE., STE. 449
NEW YORK, NY 10165

UNIVERSAL ART GALLERY
2001 LINCOLN BLVD
CA 90291


UPS
P.O. BOX 894820
LOS ANGELES, CA 90189-4820


VALPAK OF LOS ANGELES
100 CORPORATE POINTE, STE. 382
CULVER CITY, CA 90230


VERIZON CALIFORNIA
PO BOX 9688
MISSION HILLS, CA 91346-9688


VIATECH PUBLISHINH SOLUTIONS
P.O. BOX 503433
ST. LOUIS, MO 63150


VITA MIX CORPORATION
8615 USHER ROAD
CLEVELAND, OH 44138


W. MYERS COMPANY
P.O. BOX 4078
HUNTINGTON BEACH, CA 92605


WASHINGTON GREASE CO.
5339 LINDLEY AVE. #105
TARZANA, CA 91356

WASTE MANAGEMENT LA DISTRICT
P.O. BOX 78251
PHOENIX, AZ 85062-8251


WAVE COMMUNITY NEWSPAPERS
4201 WILSHIRE BLVD. STE.600
LOS ANGELES, CA 90010


WELLS FARGO FINANCIAL LEASING
P.O. BOX 6434
CAROL STREAM, IL 60197-6434


WEST COAST INVESTORS
530 WILSHIRE BLVD.
SUITE 300
SANTA MONICA, CA 90401


WESTEC INTERACTIVE
1089 JORDAN CREEK PARKWAY
SUITE 116
WEST DES MOINES, IA 50266-5829


WESTERN PLASTIC PRODUCTS
1556 ESTHER ST
LONG BEACH, CA 90813


WHITTIER GLASS & MIRROR CO, INC.
12132 E. HADLEY
SUITE B
WHITTIER, CA 90601


YELLOW PAGES,INC.
P.O. BVOX 60007
ANAHEIM, CA 92812-6007

YOUNG ELECTRIC SIGN COMPANY
1443 S. CUCAMONGA AVENUE
ONTARIO, CA 91761-4510


ZEE MEDICAL SERVICE CO.
2845 S. WORKMAN MILL RD.
WHITTIER, CA 90601

### BOARD RESOLUTION AUTHORIZING CHAPTER 11 BANKRUPTCY FILING BY FATBURGER RESTAURANTS OF CALIFORNIA, INC.

A special meeting of the Board of Directors (the "Board") of Fatburger Restaurants of California, Inc. (the "Company") was held on April 6, 2009, at which the following resolutions were duly enacted by the Board, and the same remain in full force and effect, without modification, unless and until the Board adopts a further resolution to the contrary:

> RESOLVED, that a Petition under the provisions of Chapter 11 of Title 11 of the United States Code shall be filed by the Company with the United States Bankruptcy Court, Central District of California;

> FURTHER RESOLVED, that the law firm of Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB") has been and continues to be retained for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company prior to and in its Chapter 11 bankruptcy case as bankruptcy counsel. The pre-bankruptcy retention agreement between the Company and LNBRB is hereby adopted, ratified and approved. Donald J. Berchtold ("DB"), President and Chief Operating Officer of the Company, and/or Harold Fox ("HF"), Chief Financial Officer and Secretary of the Company, are hereby authorized and directed to execute an application for the Company to employ LNBRB as bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that DB and/or HF are hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition

and all related documents and papers on behalf of the Company in order to enable the Company to commence its Chapter 11 bankruptcy case;

FURTHER RESOLVED, that except as set forth below, DB and/or HF are hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which they/he deem(s) necessary and proper in connection with the Company's bankruptcy case without further approval of the Board. Such actions shall include, but not be limited to, employing and compensating counsel and other professionals (both prior to and after the Company's bankruptcy filing); seeking Bankruptcy Court approval for the Company to use cash collateral and/or post-bankruptcy financing; compensating employees; purchasing materials; selling product; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; commencing and defending litigation as deemed appropriate;

FURTHER RESOLVED, that DB and/or HF are only authorized to cause the Company to sell all or substantially all of the Company's assets and/or to file and attempt to confirm a plan of reorganization with the further approval of the Board.

Dated: April 6, 2009

_____

By: Harold Fox
Its: Chief Financial Officer and Secretary

2