RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbrb.com, jyo@lnbrb.com

Attorneys for Debtors and Debtors in Possession

**FILED & ENTERED**

APR 27 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>FATBURGER RESTAURANTS OF CALIFORNIA, INC., *et al.*<br><br>                Debtors.<br><br>___ Affects Fatburger Restaurants of California, Inc. Only<br><br>___ Affects Fatburger Restaurants of Nevada, Inc. Only<br><br>_X_ Affects Both Debtors | Case No. 1:09-bk-13964-GM<br><br>Chapter 11<br><br>Jointly Administered with Case No. 1:09-bk-13965-GM<br><br>**ORDER APPROVING STIPULATION TO CONTINUE:**<br><br>**(A) HEARING TO CONSIDER ADEQUACY OF DISCLOSURE STATEMENT DESCRIBING DEBTORS' JOINT PLAN OF REORGANIZATION (DATED NOVEMBER 3, 2009); AND**<br><br>**(B) CHAPTER 11 STATUS CONFERENCES**<br><br><u>Currently Scheduled Hearing and Status Conferences:</u><br>Date:   April 27, 2010<br>Time:  10:00 a.m.<br>Place:  Courtroom "303"<br>         21041 Burbank Blvd.<br>         Woodland Hills, California |

This Court, having considered the stipulation (the "Stipulation") entered into by and among Fatburger Restaurants of California, Inc. and Fatburger Restaurants of Nevada, Inc., the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases (collectively, the "Debtors"), the Official Committee of Unsecured Creditors appointed in the Debtors' cases, various "Stations Casinos" that currently act as the landlords for four of the Debtors' restaurants located in Nevada, and creditor S&S Hospitality, Inc. to continue (A) the hearing to consider the adequacy of the Disclosure Statement (the "Disclosure Statement") describing the Debtors' Joint Plan of Reorganization dated November 3, 2009; and (B) the chapter 11 status conferences in the Debtors' cases, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Stipulation is hereby approved in its entirety.

2. The hearing on the Disclosure Statement is hereby continued from April 27, 2010 at 10:00 a.m. to June 22, 2010 at 10:00 a.m.

3. The chapter 11 status conferences in the Debtors' cases are hereby continued from April 27, 2010 at 10:00 a.m. to June 22, 2010 at 10:00 a.m.

###

DATED: April 27, 2010

_____
United States Bankruptcy Judge

| In re: FATBURGER RESTAURANTS OF CALIFORNIA, et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-13964-GM |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **ORDER APPROVING STIPULATION TO CONTINUE: (A) HEARING TO CONSIDER ADEQUACY OF DISCLOSURE STATEMENT DESCRIBING DEBTORS' JOINT PLAN OF REORGANIZATION (DATED NOVEMBER 3, 2009); AND (B) CHAPTER 11 STATUS CONFERENCES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 26, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 26, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367 **By overnight delivery:**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 26, 2010 | Carla Sharpe | /S/ Carla Sharpe |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009* **F 9013-3.1**

| In re  FATBURGER RESTAURANTS OF CALIFORNIA, ET AL., <br>                                                      Debtor(s). | CHAPTER  11 <br> CASE NUMBER  1:09-bk-13964-KT |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING STIPULATION TO CONTINUE: (A) HEARING TO CONSIDER ADEQUACY OF DISCLOSURE STATEMENT DESCRIBING DEBTORS' JOINT PLAN OF REORGANIZATION (DATED NOVEMBER 3, 2009); AND (B) CHAPTER 11 STATUS CONFERENCES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **April 26, 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

   Ron Bender     rb@lnbrb.com
     Bradley D Blakeley     bblakeley@blakeleyllp.com
- Gustavo E Bravo     gbravo@smaha.com
- Candace Carlyon     ccarlyon@sheacarlyon.com
- Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- Andrew A Goodman     agoodman@andyglaw.com
- Raffi Khatchadourian     raffi@hemar-rousso.com
- Raymond King     rking@raykinglaw.com
- Mette H Kurth     kurth.mette@arentfox.com
- Rodger M Landau     rlandau@lblawllp.com, kmoss@lgbfirm.com
- Rodger M Landau     rlandau@lgbfirm.com, kmoss@lgbfirm.com
- Ian Landsberg     ilandsberg@lm-lawyers.com
- William Malcolm     bill@mclaw.org
- Kenneth Miller     kmiller@ecjlaw.com
- Ethan B Minkin     ethan.minkin@kutakrock.com
- Juliet Y Oh     jyo@lnbrb.com, jyo@lnbrb.com
- Abel Ortiz     christy.errico@kts-law.com
- Jacqueline L Rodriguez     jlr@lnbrb.com
- S Margaux Ross     margaux.ross@usdoj.gov
- I Bruce Speiser     bspeiser@pircher.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
- Sanford M Wall     brenda.eiden@kts-law.com
- Aleksandra Zimonjic     azimonjic@lblawllp.com, azimonjic@lblawllp.com;kmoss@lblawllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                                               **F 9021-1.1**

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

None

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**