RON BENDER (SBN 143364)
*rb@lnbyb.com*
JULIET Y. OH (SBN 211414)
*jyo@lnbyb.com*
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Chapter 11 Debtors and Debtors in Possession

**FILED & ENTERED**

**FEB 16 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY natan        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>FATBURGER RESTAURANTS OF CALIFORNIA, INC., *et al.*<br><br>Debtors.<br><br>___ Affects Fatburger Restaurants of California, Inc. Only<br><br>___ Affects Fatburger Restaurants of Nevada, Inc. Only<br><br> X  Affects Both Debtors | Case No. 1:09-bk-13964-GM<br><br>Chapter 11<br><br>Jointly Administered with Case No. 1:09-bk-13965-GM<br><br>**ORDER GRANTING EMERGENCY MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 363 AUTHORIZING DEBTORS TO (A) EMPLOY AND RETAIN CRG PARTNERS GROUP, LLC TO PROVIDE A CHIEF RESTRUCTURING OFFICER AND CRG EMPLOYEES; AND (B) DESIGNATE WINSTON MAR AS THE DEBTORS' CHIEF RESTRUCTURING OFFICER**<br><br>Date:  February 15, 2011<br>Time:  10:00 a.m.<br>Place:  Courtroom "303"<br>         21041 Burbank Blvd.<br>         Woodland Hills, California |

A hearing was held on February 15, 2011, at 10:00 a.m., before the Honorable Geraldine Mund, United States Bankruptcy Judge for the Central District of California, in Courtroom "303" located at 21041 Burbank Boulevard, Woodland Hills, California to consider the emergency motion (the "Motion") filed by Fatburger Restaurants of California, Inc. ("FB California") and Fatburger Restaurants of Nevada, Inc. ("FB Nevada," and together with FB California, the "Debtors"), the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases, for the entry of an order authorizing the Debtors to (A) immediately employ and retain CRG Partners Group, LLC ("CRG") to provide a chief restructuring officer ("CRO") and additional CRG employees to assist the CRO (the "CRG Employees"), and (B) immediately designate Winston Mar as CRO of the Debtors, pursuant to the terms and conditions set forth in the Motion and in accordance with the provisions of the parties' engagement agreement (the "Engagement Agreement") in substantially the form attached as Exhibit "A" to the Declaration of Winston Mar annexed to the Motion. Appearances at the hearing on the Motion were made as set forth on the record of the Court.

The Court, having considered the Motion and all papers filed by the Debtors in support of the Motion, and the oral arguments and statements of counsel made at the hearing on the Motion, proper notice of the Motion and the hearing on the Motion having been provided, including to the state taxing authorities that may be interested in the Motion, and other good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

A. The Motion is hereby granted, subject to the terms of this Order.

B. The Debtors are hereby authorized immediately to employ and to retain CRG to provide a CRO and the CRG Employees, and to designate Winston Mar as the Debtors' CRO, all pursuant to the terms and conditions set forth in the Motion and in accordance with the provisions of the Engagement Agreement, subject to the terms of this Order.

C. Effective immediately upon the entry of this Order, Winston Mar, as CRO of the Debtors, shall have full and complete authority to manage the business and financial affairs of the Debtors, including managing any sales process for the restaurants owned and/or operated by

1  the Debtors. Mr. Mar shall report directly to the boards of directors of the Debtors, the Official
2  Committee of Unsecured Creditors appointed in the Debtors' cases (the "<u>Committee</u>") and
3  Signature Credit Partners, LLC ("<u>Signature</u>"), and shall provide copies of all written reports
4  generated by Mr. Mar and/or the CRG Employees in connection with the Debtors' cases
5  concurrently to counsel for the Debtors, the Committee and Signature.

6      D.      The terms of the Engagement Agreement including, without limitation, the
7  indemnity and exculpation provisions set forth in paragraph 8 of the General Terms and
8  Conditions of the Engagement Agreement are hereby approved in their entirety.

9      E.      This Order shall be effective immediately upon entry.

10  ###

24  DATED: February 16, 2011

_____
United States Bankruptcy Judge

| In re:                                          | CHAPTER 11                      |
|-------------------------------------------------|---------------------------------|
| **FATBURGER RESTAURANTS OF CALIFORNIA, INC.,**  | Case No. 1:09-bk-13964-GM       |
|                                      Debtor(s). | Jointly Administered with       |
|                                                 | Case No. 1:09-bk-13965-GM       |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as: **ORDER GRANTING EMERGENCY MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 363 AUTHORIZING DEBTORS TO (A) EMPLOY AND RETAIN CRG PARTNERS GROUP, LLC TO PROVIDE A CHIEF RESTRUCTURING OFFICER AND CRG EMPLOYEES; AND (B) DESIGNATE WINSTON MAR AS THE DEBTORS' CHIEF RESTRUCTURING OFFICER** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 16, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

*N/A*

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL OR ATTORNEY SERVICE:** On **February 16, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service and/or by attorney service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 16, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

***By Personal Delivery via Attorney Service***
Hon. Geraldine Mund
United States Bankruptcy Court
San Fernando Valley Division
21041 Burbank Blvd., Suite 303
Woodland Hills, CA 91367

***By Email:***

Office of the U.S. Trustee
S Margaux Ross
margaux.ross@usdoj.gov

Signature's Bankruptcy Counsel
Steve Gubner
sgubner@ebg-law.com

Committee Counsel
Roger Landau
rlandau@lgbfirm.com

Rich Reinis
rreinis@steptoe.com

Maurice Wainer
mrwainer@swmfirm.com

James Shea
JShea@sheacarlyon.com

David J. Pope
DPope@ag.nv.gov

Ashley Ruiz
ruiz@mromerolawfirm.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 16, 2011 | Stephanie Reichert | */s/ Stephanie Reichert* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:                                         | CHAPTER 11                    |
|------------------------------------------------|-------------------------------|
| **FATBURGER RESTAURANTS OF CALIFORNIA, INC.,** | Case No. 1:09-bk-13964-GM     |
|                                    Debtor(s).  | Jointly Administered with     |
|                                                | Case No. 1:09-bk-13965-GM     |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING EMERGENCY MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 363 AUTHORIZING DEBTORS TO (A) EMPLOY AND RETAIN CRG PARTNERS GROUP, LLC TO PROVIDE A CHIEF RESTRUCTURING OFFICER AND CRG EMPLOYEES; AND (B) DESIGNATE WINSTON MAR AS THE DEBTORS' CHIEF RESTRUCTURING OFFICER** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **February 16, 2011** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Ron Bender    rb@lnbrb.com
- Bradley D Blakeley    bblakeley@blakeleyllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Candace Carlyon    ccarlyon@sheacarlyon.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- Philip A Gasteier    pag@lnbrb.com
- Andrew A Goodman    agoodman@goodmanfaith.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Raymond King    rking@raykinglaw.com
- Mette H Kurth    kurth.mette@arentfox.com
- Rodger M Landau    rlandau@lblawllp.com, kmoss@lgbfirm.com
- Rodger M Landau    rlandau@lgbfirm.com, kmoss@lgbfirm.com
- Ian Landsberg    ilandsberg@lm-lawyers.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
- Jonathan G Maile    jmaile@gordonrees.com
- William Malcolm    bill@mclaw.org
- Kenneth Miller    kmiller@ecjlaw.com
- Ethan B Minkin    ethan.minkin@kutakrock.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Abel Ortiz    Abel.ortiz@kts-law.com, Kristyann.brodecki@kts-law.com
- Jacqueline L Rodriguez    jlr@lnbrb.com
- Martha E Romero    Romero@mromerolawfirm.com
- S Margaux Ross    margaux.ross@usdoj.gov
- I Bruce Speiser    bspeiser@pircher.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Sanford M Wall    brenda.eiden@kts-law.com
- Aleksandra Zimonjic    azimonjic@lblawllp.com, kmoss@lgbfirm.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*None.*

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

***By Email***:

Office of the U.S. Trustee
S Margaux Ross
margaux.ross@usdoj.gov

Signature's Bankruptcy Counsel
Steve Gubner
sgubner@ebg-law.com

Committee Counsel
Roger Landau
rlandau@lgbfirm.com

Rich Reinis
rreinis@steptoe.com

Maurice Wainer
mrwainer@swmfirm.com

James Shea
JShea@sheacarlyon.com

David J. Pope
DPope@ag.nv.gov

Ashley Ruiz
ruiz@mromerolawfirm.com

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.