MAURICE WAINER (SBN 121678)
SNIPPER WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, California 90210
Telephone: (310) 550-5770
Facsimile: (310) 550-6770

Attorneys for Creditors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>FATBURGER RESTAURANTS OF CALIFORNIA, INC.,<br><br>            Debtor. | CASE NO. 1:09-bk-13964-GM<br><br>CHAPTER 11<br><br>(Jointly Administered with Case No. 1:09-bk-13965-GM)<br><br>**FATBURGER NONDEBTOR AFFILIATES OBJECTION TO THE PAYMENT OF THE ADMINISTRATIVE CLAIM OF LANDAU, GOTTFRIED & BERGER**<br><br>DATE:    July 12, 2011<br>TIME:    10:00 a.m.<br>CRTRM:  303<br>              21041 Burbank Blvd.<br>              Woodland Hills, California |

COMES NOW the Fatburger Nondebtor Affiliates and hereby object to the administrative claim request of the law firm of Landau, Gottfried & Berger on at least the following grounds:

    1.    The Official Committee of Unsecured Creditors engaged in activities in connection with Signature Credit Partners LLC which were wasteful of the Debtor's assets and created an artificial dispute where none existed.

    2.    The services rendered were neither necessary to the administration of the estate nor beneficial at the time at which the services were rendered.

1

1 |       WHEREFORE, The Fatburger Nondebtor Affiliates request that the Court set a briefing schedule and hearing date to address the claim of the law firm of Landau, Gottfried & Berger.

DATED: June 13, 2011

SNIPPER, WAINER & MARKOFF

BY: _____
    MAURICE WAINER
Attorneys for Creditors
FATBURGER CORPORATION,
FATBURGER NORTH AMERICA, INC., and
FATBURGER RESTAURANTS OF NEW JERSEY

2

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 270 N. Canon Drive, Penthouse, Beverly Hills, California 90210.

A true and correct copy of the foregoing document described as **FATBURGER NONDEBTOR AFFILIATES OBJECTION TO THE PAYMENT OF THE ADMINISTRATIVE CLAIM OF LANDAU, GOTTFRIED & BERGER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. <u>**SERVED BY U.S. MAIL OR ~~OVERNIGHT MAIL~~**</u> (indicate method for each person or entity served):
On June 13, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Honorable Geraldine Mund
U.S. BANKRUPTCY COURT
Courtroom 303
21041 Burbank Blvd.
Woodland Hills, CA 91367

III. <u>**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**</u> (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 13, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

■ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 13, 2011 | Philip J. Fernandez | /s/ |
|---|---|---|
| Date | Type Name | Signature |

3

1  **BY EMAIL**
   Richard Reinis                              RReinis@steptoe.com
2  ~~Maurice Wainer~~                          ~~MRWainer@swmfirm.com~~
   Andrew Wiederhorn                           Andy.Wiederhorn@fccgi.com
3  Ron Bender     rb@lnbrb.com
   Bradley D Blakeley    bblakeley@blakeleyllp.com,
4  seb@blakeleyllp.com;rclifford@blakeleyllp.com;jwhite@blakeleyllp.com
   Gustavo E Bravo    gbravo@smaha.com
5  Candace Carlyon    ccarlyon@sheacarlyon.com
   Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
6  Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
   Philip A Gasteier    pag@lnbrb.com
7  Andrew A Goodman    agoodman@goodmanfaith.com
   Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
8  Joan Huh    joan.huh@boe.ca.gov
   Jacqueline L James    jlj@lnbyb.com
9  Raffi Khatchadourian    raffi@hemar-rousso.com
   Raymond King    rking@raykinglaw.com
   Mette H Kurth    kurth.mette@arentfox.com
10 Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
11 Jonathan G Maile    jmaile@gordonrees.com
   William Malcolm    bill@mclaw.org
12 Kenneth Miller    kmiller@ecjlaw.com
   Ethan B Minkin    ethan.minkin@kutakrock.com
13 Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
   Abel Ortiz    Abel.ortiz@kts-law.com, Kristyann.brodecki@kts-law.com
14 Ernie Zachary Park    ernie.park@bewleylaw.com
   Martha E Romero    Romero@mromerolawfirm.com
15 S Margaux Ross    margaux.ross@usdoj.gov
   I Bruce Speiser    bspeiser@pircher.com
16 United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
   Sanford M Wall    brenda.eiden@kts-law.com
   David C Winton    david@dcwintonlaw.com
17
18
19
20
21
22
23
24
25
26
27
28