JOHN P. REITMAN (State Bar No. 80579)
jreitman@lgbfirm.com
ROYE ZUR (State Bar No. 273875)
rzur@lgbfirm.com
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, California  90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Attorneys for Amy L. Goldman, Chapter 7 Trustee



FILED & ENTERED

MAR 01 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY remy          DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>FATBURGER RESTAURANTS OF CALIFORNIA, INC. AND FATBURGER RESTAURANTS OF NEVADA, INC.<br><br>　　　　Debtors.<br><br>___　Affects Fatburger Restaurants of California, Inc. Only<br><br>___　Affects Fatburger Restaurants of Nevada, Inc. Only<br><br>_X_　Affects Both | Bk. No.  1:09-bk-13964-GM<br><br>Bk. No.  1:09-bk-13965-GM (Jt. Admin.)<br><br>Chapter 7<br><br>**ORDER: (1) AUTHORIZING THE SALE OF ESTATE PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, WITHOUT OVERBID; (2) DETERMINING THAT THE PURCHASER IS A GOOD FAITH PURCHASER UNDER 11 U.S.C. § 363(m); AND (3) WAIVING 14-DAY STAY PERIOD UNDER FRBP 6004(h)**<br><br>[No hearing pursuant to LBRs 9013-1(o)(1) and 6004-1(c)(4)] |

1  The Court having read and considered the *Motion of Chapter 7 Trustee for Order Authorizing the Sale of Estate Property without Overbid* (the "Motion") filed by Amy L. Goldman, the Chapter 7 trustee (the "Trustee") for Fatburger Restaurants of California, Inc., and Fatburger Restaurants of Nevada, Inc. (the "Debtors") on February 13, 2012, and the Declaration of Amy L. Goldman (the "Goldman Declaration") filed in support of the Motion; there having been no opposition to the Motion; and finding that Notice of the Motion was adequate and appropriate under the circumstances, and good and sufficient cause appearing therefor,

**IT IS HEREBY FOUND, DETERMINED, AND ORDERED THAT**:

1. The Motion is hereby GRANTED in its entirety.

2. The Trustee's sale, without overbid, of estate property, namely, any and all right, title and interest that the Debtors' estates may have as putative class members in class action litigation entitled *In re Payment Card Interchange Fee and Merchant-Discount Antitrust Litigation* (Case No. 1:05-md-01720-JG-JO), currently pending in the United States District Court for the Eastern District of New York (the "Asset"), to Cascade Settlement Services, LLC (the "Purchaser"), is approved as set forth in the purchase agreement attached as Exhibit "A" to the Goldman Declaration (the "APA").

3. The consideration to be provided by the Purchaser pursuant to the APA: (i) is fair and reasonable; (ii) is the highest and otherwise best offer for the Asset; and (iii) will provide a greater recovery for the Debtors' estates than would be provided by any other practically available alternative.

4. The Trustee's sale of the Asset to the Purchaser shall be free and clear of any and all liens, claims, encumbrances and interests pursuant to 11 U.S.C. § 363(f).

5. The Trustee is authorized and directed to: (i) close, consummate and comply with the APA and all other agreements and documents related to and contemplated thereby (collectively, the "Sale Documents"), which Sale Documents hereby are authorized and approved in all respects, and (ii) execute such other documents and take such other actions as are necessary or appropriate to effectuate the APA.

  6. The transactions contemplated by the APA are undertaken by the Trustee and the Purchaser in good faith, as that term is used in 11 U.S.C. § 363(m).  The Purchaser is a good faith purchaser of the Asset and is entitled to all of the protections afforded by 11 U.S.C. § 363(m).

  7. Notwithstanding Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, this Order shall not be stayed for fourteen (14) days after entry of this Order.  This Order shall be effective and enforceable immediately upon its entry.

  8. A failure to approve explicitly any particular provision of the APA in this Order shall not diminish or impair the efficiency of such provision, it being the intent of the Court that the APA be approved in its entirety.

  9. The terms and provisions of the APA, together with the terms and provisions of this Order, shall be binding in all respects upon, and shall inure to the benefit of, the Trustee, the Debtors' estates and their creditors, the Purchaser and its affiliates, successors and assigns and any affected third parties.

  10. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

###

DATED: March 1, 2012

_____
United States Bankruptcy Judge

## PROOF OF SERVICE OF DOCUMENT

I am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action.  My business address is:
  **Landau Gottfried & Berger LLP, 1801 Century Park East, Suite 700, Los Angeles, CA 90067.**

A true and correct copy of the foregoing document described **ORDER: (1) AUTHORIZING THE SALE OF ESTATE PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, WITHOUT OVERBID; (2) DETERMINING THAT THE PURCHASER IS A GOOD FAITH PURCHASER UNDER 11 U.S.C. § 363(m); AND (3) WAIVING 14-DAY STAY PERIOD UNDER FRBP 6004(h)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **February 28, 2012** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**BY US MAIL**
United States Bankruptcy Court
Honorable Geraldine Mund
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 28, 2012 | Ghirlandi C. Guidetti | /s/  Ghirlandi C. Guidetti |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER: (1) AUTHORIZING THE SALE OF ESTATE PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, WITHOUT OVERBID; (2) DETERMINING THAT THE PURCHASER IS A GOOD FAITH PURCHASER UNDER 11 U.S.C. § 363(m); AND (3) WAIVING 14-DAY STAY PERIOD UNDER FRBP 6004(h)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **February 28, 2012**, the following person(s) are currently enrolled in the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

  Ron Bender    rb@lnbyb.com
  Bradley D Blakeley    bblakeley@blakeleyllp.com,
   seb@blakeleyllp.com;rclifford@blakeleyllp.com;ecf@blakeleyllp.com;jwhite@blakeleyllp.com
  Gustavo E Bravo    gbravo@smaha.com
  Steven L Bryson    slblaw1@aol.com, ecf.SLB@gmail.com
  Howard Camhi    hcamhi@ecjlaw.com
  Candace Carlyon    ccarlyon@sheacarlyon.com
  Louis J Cisz    lcisz@nixonpeabody.com
  Leslie A Cohen    leslie@lesliecohenlaw.com,
   jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
  Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
  Ted A Galfin    tgalfin@galfinpasson.com
  Philip A Gasteier    pag@lnbrb.com
  Amy L Goldman (TR)    stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
  Andrew A Goodman    agoodman@goodmanfaith.com
  Michelle S Grimberg    msg@lnbrb.com, angela@lnbrb.com
  Irving M Gross    img@lnbrb.com, angela@lnbrb.com
  Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
  Joan Huh    joan.huh@boe.ca.gov
  Peter L Isola    peterisola@dwt.com
  Jacqueline L James    jlj@lnbyb.com
  Raffi Khatchadourian    raffi@hemar-rousso.com
  Raymond King    rking@raykinglaw.com
  David S Kupetz    dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
  Mette H Kurth    kurth.mette@arentfox.com
  Darryl S Laddin    bkrfilings@agg.com
  Rodger M Landau    rlandau@lblawllp.com, gguidetti@lgbfirm.com
  Rodger M Landau    rlandau@lgbfirm.com, gguidetti@lgbfirm.com
  Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-
   law.com;ssaad@landsberg-law.com
  Wendy A Loo    wendy.loo@lacity.org
  Jonathan G Maile    jmaile@gordonrees.com
  William Malcolm    bill@mclaw.org
  Kenneth Miller    kmiller@ecjlaw.com
  Ethan B Minkin    ethan.minkin@kutakrock.com
  Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
  Abel Ortiz    Abel.ortiz@kts-law.com, Kristyann.brodecki@kts-law.com;holly.stewart@kts-

 law.com
- Carmela Pagay ctp@lnbrb.com
- Ernie Zachary Park ernie.park@bewleylaw.com
- David J Pope dpope@ag.nv.gov, ahansen@ag.nv.gov;dwright2@ag.nv.gov;dturman@ag.nv.gov
- John P Reitman jreitman@lgbfirm.com, pswierszcz@lgbfirm.com
- Ronald N Richards ron@ronaldrichards.com
- Monica Rieder mrieder@lgbfirm.com, ncereseto@lgbfirm.com
- Martha E Romero Romero@mromerolawfirm.com
- S Margaux Ross margaux.ross@usdoj.gov
- I Bruce Speiser bspeiser@pircher.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
- Maurice Wainer mrwainer@aol.com, philipj@swmfirm.com;mrwainer@swmfirm.com
- Sanford M Wall swall@hollenbecklaw.com
- Johnny White jwhite@blakeleyllp.com, seb@blakeleyllp.com;bblakeley@blakeleyllp.com;ecf@blakeleyllp.com;rclifford@blakeleyllp.com
- David C Winton david@dcwintonlaw.com
- Aleksandra Zimonjic azimonjic@lblawllp.com, jcasillas@lgbfirm.com;gguidetti@lgbfirm.com
- Aleksandra Zimonjic azimonjic@lgbfirm.com, jcasillas@lgbfirm.com;gguidetti@lgbfirm.com
- Roye Zur rzur@lgbfirm.com, jcasillas@lgbfirm.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Office of the U.S Trustee
Attn: Margaux Ross
21051 Warner Center Lane, Ste 115
Woodland Hills, CA 91367

Cascade Settlement Services LLC
Attn: John Chilcott
100 Shoreline Highway, Suite B-125
Mill Valley, CA 94941

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page